UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU,

                Plaintiff,                    Civil Case No. 19-10616
                                                    Honorable Linda V. Parker

v.

CORIZON, INC., et al.

                Defendants.
_____/

## **<u>SHOW CAUSE ORDER</u>**

Plaintiff initiated this lawsuit on March 1, 2019.  It appears that as of this date, Plaintiff has failed to serve Randall Haas, Patricia Willard, and Penny Rodgers with the summons and a copy of the Complaint.

Rule 4(m) of the Federal Rules of Civil Procedure provide in relevant part:

> If a defendant is not served within 90 days after the complaint is filed, the court– on motion or on its own after notice to the plaintiff– must dismiss the action without prejudice against that defendant or order that service be made within a specified time. . . .

Fed. R. Civ. P. 4(m).  The rule further provides, however, that "if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period."  *Id*.

Accordingly, Plaintiff shall show cause in writing within **seven (7) days** of this Order why the Complaint against Randall Haas, Patricia Willard, and Penny

Rodgers should not be dismissed.  Plaintiff's failure to respond to this Order or to establish good cause for failing to effectuate service will result in this Court dismissing the Complaint against Randall Haas, Patricia Willard, and Penny Rodgers pursuant to Rule 4(m).

     **IT IS SO ORDERED**.

                                      s/ Linda V. Parker
                                      LINDA V. PARKER
                                      U.S. DISTRICT JUDGE

Dated: October 27, 2020