UNITED STATES DISTRICT COURT
EASTERN DISTICT OF MICHIGAN
SOUTHERN DIVISION

TEMUJIN KENSU

        Plaintiff,        Civil Action No. 19-10616
                                Honorable Linda V. Parker

v.

CORIZON, INC., et al

        Defendants.
_____/

## ORDER STRIKING

The Court has reviewed the following document: **Motion for Withdrawal of Attorney (ECF No. 83)**. The Court finds that it should be stricken for the following reasons:

☒ **Missing statement of concurrence. See LR 7.1(a).**

☐ Over-length. See LR 7.1(d)(3).

☐ Wrong font size. See LR 5.1(a)(3).

☐ Missing required information (e.g.), concise statement of issues, controlling or most appropriate authority, etc.). See LR 7.1(d)(2).

☐ Improperly formatted (e.g., single-spaced, improper margins, missing page numbers, etc.). See LR 5.1(a)(2).

☐ Does not comply with the Case Management Order in this case for the following reasons:

☒ **Other – Counsel does not indicate Plaintiff's position about the**

**withdrawal of counsel.**

Accordingly, the Court strikes the document.

**IT IS SO ORDERED.**

s/ Linda V. Parker  
LINDA V. PARKER  
U.S. DISTRICT JUDGE

Dated: February 8, 2021